FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2022

No. 04-21-00472-CR

John Richard **CARDENAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8792
Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant's brief was due on February 24, 2022. However, the appellant has filed a motion requesting an extension of time to file the appellant's brief on March 26, 2022. The motion is GRANTED in part. The appellant's brief is due on or before **March 23, 2022**. No further extensions of time will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court